IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CARL EVANS, | § | |
| | § | |
| Defendant Below, | § | No. 351, 2024 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 2204005694 (N) |
| | § | |
| Appellee. | § | |

Submitted: April 11, 2025
Decided: June 2, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record below, we find it evident that the judgment should be affirmed on the basis of the Superior Court's order dated August 7, 2024. The plea colloquy reflects that the appellant entered his guilty plea knowingly, intelligently, and voluntarily, and he therefore waived his claim that counsel failed to investigate and then file a motion to suppress.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:
*/s/ N. Christopher Griffiths*
Justice

---

[1] *Lewis v. State*, 2015 WL 5935050, at *2 (Del. Oct. 12, 2015); *Cooper v. State*, 2008 WL 2410404, at *1 (Del. June 16, 2008).